**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Eric Kaegi,** | ) | **CASE NO. 1:10 CV 2282** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Mercantile Adjustment Bureau, LLC,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting defendant Mercantile Adjustment Bureau, LLC's Motion for Summary Judgment (Doc. 11), hereby enters judgment for defendant.

IT IS SO ORDERED.

                                        /s/ Patricia A. Gaughan
                                        PATRICIA A. GAUGHAN
                                        United States District Judge

Dated: 7/12/11